

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> JANE L. COTTRELL, in her official capacity as acting Regional Forester, and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, <br><br> Defendants. | CV 09-107-M-DWM <br><br><br><br><br> ORDER |

Pursuant to the Order of the Ninth Circuit Court of Appeals entered on June 24, 2010,

IT IS HEREBY ORDERED that a preliminary injunction is entered regarding the Rat Creek Salvage Project. Defendants are ENJOINED from

1

proceeding with the Rat Creek Salvage Project. Defendants shall immediately cease implementation of the Rat Creek Salvage Project and shall take no further actions on the Project pending issuance of the opinion from the Ninth Circuit Court of Appeals and disposition on the merits of the pending case.

Dated this 25th day of June, 2010, at 13:22 p.m.

Donald W. Molloy, District Judge
United States District Court

2