

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEMS COUNCIL, | ) ) ) | CV 09-107-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| JANE L. COTTRELL, in her official capacity as acting Regional Forester, and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Ninth Circuit Court of Appeals' Order entered on August 3, 2010,

IT IS HEREBY ORDERED that this Court's June 25, 2010 preliminary injunction in this matter is MODIFIED to permit the following work on the Rat

1

Creek Salvage project:

1. Hauling of approximately 175 truckloads of decked non-sawtimber (harvested and decked prior to the Ninth Circuit's June 24, 2010 order);

2. Obliteration of all existing temporary roads (4.95 miles), consistent with the terms of the timber sale contract;

3. Completion of erosion control and seeding of all existing skid trails and landings;

4. Piling slash at existing landings; and

5. Burning piles at existing landings.

Dated this 4th day of August 2010, at 09:05 AM.

Donald W. Molloy, District Judge
United States District Court